IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, LLC, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-225-LY |
| | § | |
| CURTIS INTERNATIONAL LTD., | § | |
|     DEFENDANT. | § | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE
## AND STAYING ACTION

IT IS ORDERED that the above-entitled and numbered cause is set for **Initial Pretrial Conference** in Courtroom No. 7, Seventh Floor, the United States Courthouse, 501 West Fifth Street, Austin, Texas, on _August 1_, 2019, at _2:00_ p.m.

The parties are relieved of the obligation to file a proposed scheduling order, pending further order of the court, but should be prepared to discuss scheduling at the Initial Pretrial Conference.

**IN ALL OTHER RESPECTS** this action is **STAYED,** pending further order of the court.

SIGNED this _9th_ day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE