IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 JUL -9 AM 10: 50
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| BANDSPEED, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-225-LY |
| | § | |
| CURTIS INTERNATIONAL LTD., | § | |
| DEFENDANT. | § | |

## ORDER

Before the court is Defendant Curtis International Ltd.'s Motion to Dismiss Claims for Direct and Indirect Infringement and Enhanced Damages Based on Willful Infringement under Federal Rule of Civil Procedure 12(b)(6) filed June 24, 2019 (Doc. #15). Plaintiff's First Amended Complaint was filed on July 3, 2019 (Doc. #6).

In light of the filing of Plaintiff's amended complaint,

**IT IS ORDERED** that Defendant Curtis International Ltd.'s Motion to Dismiss Claims for Direct and Indirect Infringement and Enhanced Damages Based on Willful Infringement under Federal Rule of Civil Procedure 12(b)(6) filed June 24, 2019 (Doc. #15) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this _9th_ day of July, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE