FILED
2019 AUG -9 PM 4: 52
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BANDSPEED, LLC, § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 1:19-cv-00225-LY |
| v. § | |
| § | |
| CURTIS INTERNATIONAL LTD. § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiff Bandspeed, LLC's ("Bandspeed") and Defendant Curtis International Ltd.'s ("Curtis Int'l"), (the "Parties"), Motion for Extension of Time to submit a Pre-Markman Scheduling Order (the "Motion"). After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

The Parties will have until August 15, 2019 to submit a Pre-Markman Scheduling Order.

SIGNED this 9th day of August, 2019.

_____
Hon. Lee Yeakel
United States District Judge

1