IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:19-CV-225-LY |
| v. | § § § | |
| CURTIS INTERNATIONAL LTD.. | § § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff Bandspeed LLC ("Bandspeed") and Defendant Curtis International Ltd. ("Curtis") by their undersigned attorneys, stipulate that each of their claims, answers, affirmative defenses and counterclaims against the other be dismissed.

The parties have settled their dispute that gave rise to this lawsuit. Accordingly, the claims, answers and affirmative defenses asserted by Bandspeed shall be dismissed with prejudice, and the counterclaims, answers and affirmative defenses asserted by Curtis shall be dismissed without prejudice. Under the parties' settlement agreement, each party will bear its own attorneys' fees and costs and expenses incurred by or on behalf of said party in connection with this action.

A proposed Order is attached.

Dated: October 18, 2019

By: /s/ *Adam G. Price*
Adam G. Price
Texas State Bar No. 24027750
Christopher V. Goodpastor
Texas State Bar No. 00791991
Gregory S. Donahue
Texas State Bar No. 24012539
DINOVO PRICE LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Facsimile:   (512) 539-2627
aprice@dinovoprice.com
cgoodpastor@dinovoprice.com
gdonahue@dinovoprice.com

**ATTORNEYS FOR PLAINTIFF BANDSPEED LLC**

By: /s/      *Ryan Marton*
Ryan Marton (admitted pro hac vice)
Hector Ribera (admitted pro hac vice)
Carolyn Chang (admitted pro hac vice)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email: ryan@martonribera.com
hector@martonribera.com
carolyn@martonribera.com

Matthew C. Powers
State Bar No. 24046650
mpowers@gdhm.com
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 480-5725 Telephone
(512) 536-9938 Telecopier

**ATTORNEYS FOR DEFENDANT CURTIS INTERNATIONAL LTD.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 18th day of October 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                       /s/ *Adam G. Price*
                                       Adam G. Price