IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BANDSPEED, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:19-CV-225-LY |
| | § | |
| v. | § | |
| | § | |
| CURTIS INTERNATIONAL LTD.. | § | |
| | § | |
| Defendants. | § | |

### ORDER

This matter came before the Court upon the Rule 41 Joint Motion to Dismiss filed by Plaintiff Bandspeed LLC ("Bandspeed") and Defendant Curtis International Ltd. ("Curtis"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby:

**ORDERED** that all claims, answers, affirmative defenses and counterclaims asserted by Bandspeed against Curtis in this action are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement. It is further

**ORDERED** that all claims, answers, affirmative defenses and counterclaims asserted by Curtis against Bandspeed in this action are hereby dismissed without prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement. It is further

**ORDERED** that Bandspeed and Curtis shall all bear their own costs, expenses and legal fees in this case.

SIGNED this 29th day of October, 2019



LEE YEAKEL
UNITED STATES DISTRICT JUDGE